UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALI ALLOWAY,

             Plaintiff,

v.

GENERAL MOTORS LLC,

             Defendant.

_____/

Case No. 2:19-cv-13671

HONORABLE STEPHEN J. MURPHY, III

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Cali Alloway, through her undersigned counsel, hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

## ORDER

Upon the Notice of Dismissal of the Plaintiff, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

**SO ORDERED.**

                        s/ Stephen J. Murphy, III
                        STEPHEN J. MURPHY, III
                        United States District Judge

Dated: October 5, 2020

Date: October 2, 2020

*/s/ Sharon S. Almonrode*

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, PA 19312
Tel: (610) 200-0581
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Steven R. Weinmann
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Tel: (310) 556-4811
Facsimile: (310) 943-0396
Steven.Weinmann@Capstonelawyers.com
Tarek.Zohdy@Capstonelawyers.com
Cody.Padgett@Capstonelawyers.com
Trisha.Monesi@Capstonelawyers.com

*Counsel for Plaintiff*

2